1

2                                                              *E-Filed 6/6/05*

3

4

5

6

7                              NOT FOR CITATION

8                **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11

12   FAHMI AL HAIKI,                          | Case Number C-04-5346-JF

13                         Petitioner,        | ORDER TO SHOW CAUSE WHY
                                              | THIS ACTION SHOULD NOT BE
14              v.                            | TRANSFERRED TO THE NINTH
                                              | CIRCUIT
15   ALBERTO GONZALES, Attorney General, et al.,

16                         Respondents.

17

18

19

20

21        On May 13, 2005, Respondents filed a notice of change in law asserting that this Court no

22   longer has jurisdiction over the instant petition for writ of habeas corpus pursuant to the recently

23   enacted REAL ID Act of 2005, Pub.L. No. 109-13, 119 Stat. 231 (2005).  On May 16, 2005,

24   Petitioner filed a motion for extension of time to respond to Respondent's notice.

25        Petitioner has had ample time to consider the impact of the REAL ID Act on the instant

26   action.  Accordingly, the Court will grant Petitioner until June 13, 2005 to either stipulate to

27   transfer of the action to the Ninth Circuit as a petition for review or file a brief opposing transfer.

28   If Petitioner files a brief opposing transfer, Respondents shall file any reply brief on or before

Case No. C-04-5346-JF
ORDER
(JFLC2)

Dockets.Justia.com

1  June 17, 2005.

2      IT IS SO ORDERED.

3

4

5

6

7

8

9  DATED:  6/6/05

10                                                    /s/ electronic signature authorized

11                                                    _____
                                                       JEREMY FOGEL
                                                       United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C-04-5346-JF
ORDER
(JFLC2)

1    Copies of Order served on:

2

3    Alison E. Daw alison.daw@usdoj.gov

4    Jeffrey Gregg Martins martinslaw@sbcglobal.net,

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C-04-5346-JF
ORDER
(JFLC2)